# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada,**<br><br>　　　　　　Plaintiff,<br>v.<br><br>**Rich Development Downey II, LLC,** a California Limited Liability Company; **Food 4 Less of California, Inc.,** a California Corporation; and Does 1-10,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-3780 RGK (AJWX)<br><br>**CONFIDENTIALITY PROTECTIVE ORDER** |

Pursuant to stipulation of the parties, it is hereby ordered that the provisions of their Stipulated Protective Order shall apply to all discovery in this litigation, to govern the use and dissemination of exchanged information, documents, and other tangible items designated as confidential information.

**IT IS SO ORDERED.**

Dated: **November 2, 2017**

_____

ANDREW J. WISTRICH

United States Magistrate Judge

-1-

CONFIDENTIALITY AND PROTECTIVE ORDER